Decided September 9, 1999

RICHARD FANTASIA *v.* TONY PANTANA MASON CONTRACTORS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 194 (AC 17897), is denied.

*Charles J. Goddard,* in support of the petition.